UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Prasanna Kumar Vemula, et al.
                       Plaintiff,

v.                                                       Case No.: 1:25−cv−04561
                                                         Honorable Sharon Johnson Coleman

Kristi Noem, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2025:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Oral argument heard on motions for preliminary injunction filed by Plaintiffs before the court in Chatwani v. Noem et al 25−cv−04024 and Vemula, et al v. Noem, et al 25−cv−04561 as to the impact of the nationwide injunction issued by the United States District Court for the Northern District of California in Doe v. Trump, Case No. 25−cv−03140−JSW. Under that nationwide injunction, Secretary Noem, Acting Director Lyons, and Acting Field Director Becerra, as well as their officers, agents, servants, employees, attorneys, and all others who are in active concert or participation with them are enjoined from "(1) arresting and incarcerating any of the named Plaintiffs in these cases and similarly situated individuals nationwide pending resolution of these proceedings; (2) transferring any of the named Plaintiffs in these cases and similarly situated individuals nationwide from outside the jurisdiction of their residence pending the resolution of these proceedings; (3) imposing any adverse legal effect on any named Plaintiffs in these cases and similarly situated individuals nationwide that otherwise may be caused by the termination of their SEVIS record; and (4) reversing the reinstatement of the SEVIS record of the Plaintiffs in these cases and similarly situated individuals nationwide who are maintaining status under 8 C.F.R. section 214.2(f)(5)(i) for reasons not set forth in 8 Code of Federal Regulations section 214.1 without further showing and approval by the Court." Doe v. Trump, Case No. 25−cv−03140−JSW, 2025 WL 1467543, at *12 (N.D. Cal. May 22, 2025). Based on the record provided by Plaintiffs and arguments presented before the Court, the Court finds that Plaintiffs are "similarly situated individuals" subject to the nationwide injunction. As such the Court reserves ruling on Plaintiffs' motions for preliminary injunction while the nationwide injunction is in effect. If this injunction is subsequently vacated or modified, including by change in Seventh Circuit precedent, Supreme Court precedent, such as in Trump v. CASA et al., No. 24A−884, 885 and 886, or subsequent appellate review in the Ninth Circuit of the nationwide injunction issued in Doe v. Trump, Case No. 25−cv−03140−JSW, the parties are directed to file a status report informing the Court of such action. Thereafter, the Court will issue a ruling on the merits of Plaintiffs' motions. Defendant';s responsive pleading to Plaintiffs' respective complaints shall be filed on the docket for each case by 7/14/2025. During the pendency of this litigation, or until the Court orders otherwise, Plaintiffs may not be moved anywhere, outside this Court's jurisdiction, and Plaintiffs may not be detained for immigration purposes in any

way, shape or form. An in−person status hearing is set for 7/18/2025 at 10:00am. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 days prior to the status. Status hearing set for 7/2/2025 is stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.