# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Prasanna Kumar Vemula, et al.

                  Plaintiff,

v.                                      Case No.: 1:25–cv–04561

                                      Honorable Sharon Johnson Coleman

Kristi Noem, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2026:

    MINUTE entry before the Honorable Sharon Johnson Coleman: The Court is in receipt of the parties' motion to stay proceedings [36] and status report regarding settlement negotiations [37]. The Court grants the relief sought in those filings. The partis shall submit a status report updating the Court on the status of the case and settlement by 4/28/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.