**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Prasanna Kumar Vemula, et al.

　　　　　　　　　　　Plaintiff,

v.

Kristi Noem, et al.

　　　　　　　　　　　Defendant.

Case No.: 1:25−cv−04561
Honorable Sharon Johnson Coleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 17, 2026:

　　　　MINUTE entry before the Honorable Sharon Johnson Coleman: On 12/09/2026, the Court provided Plaintiffs with leave to amend their complaint if Defendants failed to provide Plaintiffs with proof that their SEVIS records were retroactively reactivated, [Dkt. 34]. Because Plaintiffs did not file an amended complaint, and based on the Court's prior ruling, Plaintiffs Motion for TRO, [Dkt. 5], is stricken as moot. The Court is also in receipt of the parties' 04/27/2026 status report and grants the relief requested therein. The parties are ordered to notify the Court on the status of settlement discussions by 07/28/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.